LORD ELECTRIC COMPANY, Respondent, v. BARBER ASPHALT PAVING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disburse-

ments. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.